## JOHN L. CASH v. DES MOINES FIRE INSURANCE COMPANY.[1]

May 27, 1910.

Nos. 16,714—(234).

Action in the district court for Ramsey county to recover $1,000 upon a fire insurance policy. The answer alleged that plaintiff was not the owner of the property insured and had no insurable interest therein. The reply was a general denial. The case was tried before Olin B. Lewis, J., and a jury which returned a verdict in favor of plaintiff for $1,024.66. From an order denying defendant's motion for a new trial, it appealed. Affirmed.

*William Furst,* for appellant.
*Percy D. Godfrey,* for respondent.

PER CURIAM.

Appeal from an order of the district court of the county of Ramsey, denying defendant's motion for a new trial, after verdict for the plaintiff. The action was based upon a fire insurance policy. The record presents the same questions that were decided in the case of Cash v. Concordia Fire Ins. Co. supra, page 162, 126 N. W. 524.

Order affirmed.